UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN HERRING, on his own behalf and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) No. 14-cv-5076<br>) |
| v. | ) The Honorable John J. Tharp<br>) |
| HEALTH CARE SERVICE CORPORATION, | ) Magistrate Judge Jeffrey T. Gilbert<br>) |
| Defendant. | ) |

PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff Sean Herring, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated: July 25, 2014

Respectfully submitted,

/s/ George F. Galland, Jr.
George F. Galland, Jr.
Scott A. Entin
MINER, BARNHILL & GALLAND, P.C.
14 W. Erie St.
Chicago, IL 60654
312.751.1170
312.751.0438 (fax)
ggalland@lawmbg.com
sentin@lawmbg.com

D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
212.704.9600
212.704.4256 (fax)
dbhufford@zuckerman.com
jcowart@zuckerman.com

Anthony F. Maul
THE MAUL FIRM, P.C.
68 Jay Street, Suite 201
Brooklyn, NY 11201
646.263.5780
866.488.7936 (fax)
afmaul@maulfirm.com

Meiram Bendat
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
310.598.3690 Ext: 101
310.564.0040 (fax)
meiram@psych-appeal.org

*Counsel for Plaintiff and the Putative Class*

CERTIFICATE OF SERVICE

    Lisa Mecca Davis certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this 25th day of July, 2014.


        /s/ Lisa Mecca Davis
        Lisa Mecca Davis